UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br> v. <br><br> KCD TRUCKING INC., <br><br> Defendant, <br><br> v. <br><br> HOMESTREET BANK, <br><br> Garnishee-Defendant. | CASE NO. 23-mc-00006-LK <br><br> ORDER DENYING AMENDED APPLICATION FOR WRIT OF GARNISHMENT |

   This matter comes before the Court on Plaintiff Northwest Administrators' Amended Application for Writ of Garnishment. Dkt. No. 3. In its Amended Application, Northwest Administrators fails to (1) state the garnishee's residence or place of business and (2) indicate whether the garnishee is the employer of the judgment debtor, as required by Section 6.27.060 of the Revised Code of Washington. These may not be the only shortcomings in the Amended

ORDER DENYING AMENDED APPLICATION FOR WRIT OF GARNISHMENT - 1

Application, but the Court need not scour the record further. The Amended Application is DENIED, again without prejudice. The Court reminds Northwest Administrators that "[g]arnishment is a statutory remedy that requires strict adherence to the procedures expressly authorized by statute." *Watkins v. Peterson Enterprises, Inc.*, 973 P.2d 1037, 1042 (Wash. 1999).

This is not the only matter in which Northwest Administrators' avoidable mistakes have cost the Court and its staff time and resources. *See, e.g.*, Case No. 22-mc-00098-LK, Dkt. Nos. 11–12 (Order to Show Cause and Response regarding Northwest Administrators' misrepresentation of the judgment amount to the garnishee-defendant). The Court's patience with counsel's inattentiveness is wearing thin. Nevertheless, Northwest Administrators may file a second amended application by March 1, 2023. If the Court does not receive an amended application by that date, it will direct the Clerk to close this matter.

Dated this 24th day of February, 2023.

Lauren King
United States District Judge