1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

KCD TRUCKING INC.,

Defendant,

v.

HOMESTREET BANK,

Garnishee-Defendant.

CASE NO. 23-mc-00006-LK

ORDER DENYING MOTION FOR
JUDGMENT ON ANSWER

This matter comes before the Court on Plaintiff Northwest Administrators, Inc.'s Motion for Entry of Judgment on Answer of Garnishee Defendant. Dkt. No. 15; *see* Wash. Rev. Code § 6.27.250(1)(a). The motion is denied.

Northwest Administrators' proposed judgment contains the following typo: "[T]hat judgment Creditor has judgment unsatisfied against the Judgment Debtor in the total amount of *$1,1357.54*[.]" Dkt. No. 15-1 at 2 (emphasis added). It also fails to substantially comply with the

ORDER DENYING MOTION FOR JUDGMENT ON ANSWER - 1

statutory form for judgments on garnishee answers because it omits the following language: "Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment." Wash. Rev. Code § 6.27.265; *see generally* Dkt. No. 15-1. The deficiencies may not end there. The Court, however, need not investigate any further.

Northwest Administrators may renew its motion within 10 days of the date of this Order. Should it elect to do so, the Court strongly suggests that it "review the law and ensure that its submission[] compl[ies] before filing [it] with this Court." Dkt. No. 6 at 2. The Court will direct the Clerk to close this matter absent a timely renewed motion.

Dated this 12th day of June, 2023.

Lauren King
United States District Judge

ORDER DENYING MOTION FOR JUDGMENT ON ANSWER - 2