UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. 23-mc-00006-LK |
| Plaintiff, | |
| v. | ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER |
| KCD TRUCKING INC., | |
| Defendant, | |
| v. | |
| HOMESTREET BANK, | |
| Garnishee-Defendant. | |

**JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Garnishment Judgment Debtor: | KCD Trucking Inc. |
| Garnishee-Defendant: | HomeStreet Bank |
| Total Garnishment Judgment Amount: | $1,357.54 |
| Balance on Judgment: | $1,100.54 |
| Costs: | $157.00 |
| Attorney's Fees: | $100.00 |
| Other Recovery Amounts: | NONE |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy L.L.P. |

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER - 1

This matter comes before the Court on Plaintiff/Judgment Creditor's Motion for Entry of Amended Judgment on Answer of Garnishee Defendant. Dkt. No. 17.[1]

IT APPEARING THAT the Garnishee-Defendant has filed its answer herein stating that it holds funds of the Defendant/Judgment Debtor, KCD Trucking Inc., in the sum of $1,357.54; that Garnishee-Defendant's failure to pay the judgment amount may result in execution of the judgment, including garnishment; that Judgment Creditor has judgment unsatisfied against the Judgment Debtor in the total amount of $1,357.54; that Judgment Creditor's attorney's fees in the amount of $100.00 and costs in the amount of $157.00 in this garnishment action are sated above; that more than twenty (20) days have elapsed since service of the Second Amended Writ of Garnishment and Garnishee-Defendant's answer thereto; and that a signed affidavit or return of service of the Second Amended Writ of Garnishment and Third Amended Application for Writ of Garnishment, including a copy of the judgment entered in this action, indicating service upon the Judgment Debtor by Certified mail pursuant to Section 6.27.130(1) and (3) of the Revised Code of Washington, *see* Dkt. No. 13, is on file herein now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment Creditor shall have judgment against the Garnishee-Defendant in the sum of $1,357.54, such funds to be first applied in satisfaction of the costs and fees taxable herein;

2. Judgment Creditor shall have judgment against the Judgment Debtor for attorney's fees and costs in this garnishment action in the sum of $257.00, said sum to be added to Judgment Creditor's prior judgment against Judgment Debtor;

---

[1] Although Northwest Administrators captions its motion as one for entry of an "amended judgment," this is the first judgment on the garnishee's answer. Northwest Administrators should have captioned the motion as "Amended Motion for Entry of Judgment on Answer of Garnishee Defendant."

3. Upon payment by the Garnishee-Defendant of the $1,357.54 to the registry of this Court, the Garnishee-Defendant shall be automatically discharged from this action and the Clerk of Court shall enter full satisfaction of the judgment against Garnishee-Defendant;

4. Upon receipt of the $1,357.54 from the Garnishee-Defendant, the Clerk of Court is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $1,357.54, minus any statutory processing fees, payable to Northwest Administrators, Inc., c/o Reid, McCarthy, Ballew & Leahy, L.L.P., 100 West Harrison Street, North Tower, Suite 300, Seattle WA 98119, and mail or deliver the check to Reid, McCarthy, Ballew & Leahy, L.L.P., Attention: Russell J. Reid, 100 West Harrison Street, North Tower, Suite 300, Seattle WA 98119; and

5. Upon receipt of the $1,357.54, Judgment Creditor's attorney shall cause an appropriate satisfaction of judgment to be filed in the underlying action as to the principal Defendant/Judgment Debtor.

Dated this 20th day of June, 2023.

*Lauren King*
Lauren King
United States District Judge